UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH PERRY** | § | DOCKET NO. **6:22-cv-05232** |
| Versus | § § § | |
| **UNITED PROPERTY & CASUALTY INSURANCE CO.** | § § § § | JUDGE ROBERT R. SUMMERHAYS |
| | § | MAGISTRATE CAROL B WHITEHURST |

**MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, KENNETH PERRY (hereinafter referred to as "Plaintiff"), who respectfully submits the following Motion to Enroll and Substitute as Counsel of Record as follows:

Plaintiff desires to withdraw Chinwe Onyenekwu as counsel of record and requests that this Honorable Court enter an order enrolling Attorney Mark Ladd on behalf of the Galindo Law Firm, in the above-captioned matter. Attorney Ladd is a member of the Louisiana State Bar, and whose membership with the United States District Court, Western District of Louisiana, is in good standing.

**WHEREFORE,** Plaintiff, KENNETH PERRY**,** prays that this Honorable Court grant Plaintiff's Motion to Enroll and Substitute as Counsel of Record, by withdrawing Chinwe Onyenekwu and enrolling Mark Ladd, for Plaintiff. Accordingly, Counsel further requests that upon granting of this Motion that all pleadings, papers, and other documents be served on Mark Ladd at the following e-mail address: mark@galindolaw.com

Respectfully Submitted,

Chinwe Ndidi Onyenekwu
Louisiana Bar No. 34013
chewa@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd, Suite 1520
Metairie, LA 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com

And

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 71 3-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR THE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that Plaintiff has been notified of all deadlines and pending court appearances, and the foregoing pleading has been delivered to Plaintiff via certified mail, and counsels of record, through the CM/ECF system, depositing a copy of same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this December 22, 2023.

                                */s/ Chinwe Ndidi Onyenekwu*
                              CHINWE NDIDI ONYENEKWU